**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1189

DONALD F. KING, Trustee,

Plaintiff - Appellee,

versus

MOHAMMAD ALGHANEM; MANAL ABOKWIDIR,

Defendants - Appellants.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge. (CA-03-1112-A)

Submitted: August 11, 2004          Decided: September 27, 2004

Before LUTTIG, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mohammad Alghanem, Manal Abokwidir, Appellants Pro Se. James Walter Reynolds, Heather Dawn Dawson, ODIN, FELDMAN & PITTLEMAN, P.C., Fairfax, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mohammad Alghanem and Manal Abokwidir, husband and wife, appeal from the district court's order affirming the bankruptcy court's order setting aside the transfer of Alghanem's property, from Alghanem to himself and his wife, as a fraudulent conveyance under 11 U.S.C. § 548(a)(l) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See King v. Alghanem, No. CA-03-1112-A (E.D. Va. Jan. 12, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED